UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x Civil Action No.: CV-05-5948 (FB)

UNITED STATES OF AMERICA, §
§
               Plaintiff, §
  - against- §
§
MING GUO, §
§
               Defendant. §
----------------------------------------------------------x

## DEFAULT JUDGMENT

Because Ming Guo failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Ming Guo:

**Claim No. C105-00798**

| | |
|---|---|
| Principal Balance: | $11,208.00 |
| Total Interest Accrued at 14.125%: | $7,889.63 |
| Filing and Service of Process: | $285.00 |
| Subtotal: | $19,382.63 |
| Attorney's Fees: | $ 500.00 |
| Total Owed: | $19,882.63 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
    2/24, 2006

                          FB
                        _____
                        Frederic Block
                        United States District Judge