UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x  Civil Action No.: CV-05-5948 (FB)
UNITED STATES OF AMERICA, §
§
               Plaintiff, §
    - against- §
§
MING GUO, §
§
§
             Defendant. §
-----------------------------------------------------------x

## ORDER VACATING THE DEFAULT JUDGMENT AND DISMISSING CASE

Upon motion of the United States of America, for good cause shown, it is hereby ordered that the Default Judgment be vacated, and this case be dismissed.

Signed: Brooklyn, New York
    7/18, 2006

                                     **Frederic Block**
                                     Frederic Block
                                     United States District Judge